| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| R. L. GOODRICH, TRUSTEE, (State Bar No. 99309)<br>22365 Barton Road, Suite 220<br>Grand Terrace, CA 92313<br>Telephone: (909) 423-0700<br>Telecopier: (909) 423-0461 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
  LYDIA GONZALEZ

                                    Debtor(s).

CHAPTER 7

CASE NO.: 6:11-21394-CB

(No Hearing Required)

## TRUSTEE'S REQUEST TO DISMISS CHAPTER 7 DEBTOR(S) FOR FAILURE TO APPEAR AT SECTION 341(a) MEETING OF CREDITORS

I, the undersigned Trustee, certify under penalty of perjury that the debtor(s) failed to appear at Section 341(a) Meeting of Creditors and any continuances thereof. I further certify that I have notified the within debtor(s) of any continued/rescheduled Section 341(a) Meeting of Creditors and recommend that a dismissal order be initiated against:

☒ **DEBTOR:** LYDIA GONZALEZ

☐ **JOINT DEBTOR:** _____

Dated: 6/15/11

R. L. GOODRICH, TRUSTEE
*Type Name of Trustee*

[signature]
*Signature of Trustee*